FILED
2026 SEP 3~~1~~ AM 11:56
US BANKRUPTCY COURT
EASTERN DISTRICT OF WI

Certificate Number: 05781-WIE-DE-041509537

Bankruptcy Case Number: 26-25538

05781-WIE-DE-041509537

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 1, 2026, at 9:07 o'clock AM PDT, Randy Kjell completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Wisconsin.

FILED
2026 OCT -1 PM 3:23
US BANKRUPTCY COURT
EASTERN DISTRICT OF WI

Date: October 1, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President